UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARCO FERNANDEZ,

                Plaintiff,

                                                          **AFFIDAVIT OF**
                                                            **PERSONAL SERVICE**

                                                            Case No.: 07 CV 3478

     -against-

CITY OF NEW YORK,

                Defendant.
-------------------------------------------------------------X

        JORGE ANZOLA, being duly sworn, deposes and says:

        I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

        That on the 3rd day of May, 2007, at approximately 5:00 p.m. at 100 Church Street - 4th Floor, New York, New York 10007, deponent served the within copy of the Summons in a Civil Case and Complaint upon Michael A Cardozo, Corporation Counsel, by delivering thereat a true copy of same to an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Male, Black skin, Black hair, approx. 40-45 yrs., height approx. 5'5"-5'7"**

                                                                            _____
                                                                             JORGE ANZOLA

Sworn to before me this
4th day of May, 2007

_____
Notary public

VAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 2010