UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

---------------------------------------------------------------X
---------------------------------------------------------------X

XXXXX,                                                                          XX Civ. XXXX (AKH)

                        Plaintiff(s),

       -against-                                          **INITIATING COMPLAINT**

XXXXX,

                        Defendants.
---------------------------------------------------------------X

       Pursuant to Case Management Order No. __ ("CMO __") dated June __, 2007 by Hon. Alvin K. Hellerstein, U.S.D.J., in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH), Plaintiff(s) hereby submit this Initiating Complaint against the above named Defendants and state:

       1.    Plaintiff _____ (XXXX) [← *last 4 digits of social security number*] currently resides at _____.

       2.    Plaintiff(s) have a claim for injury against the Defendants named above that would be encompassed within the scope of the *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       3.    Plaintiffs will file a fully complete Check-Off Complaint under this docket number within 30 days of the filing of this Initiating Complaint.

NOTICE TO CLERK OF COURT:  Please accept this Initiating Complaint as an initial pleading pursuant to CMO __, dated _____, of Hon. Alvin K. Hellerstein in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

Dated: _____ __, 200X

                                   {law firm name}
                                   Attorney(s) for
                                   Plaintiff(s)_____

                                   By: _____
                                           {name}
                                   {law firm address}
                                   Telephone: _____

NOTICE TO CLERK OF COURT: Please accept this Initiating Complaint as an initial pleading pursuant to CMO __, dated _____, of Hon. Alvin K. Hellerstein in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).